UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORER'S PENSION FUND; ET AL** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **JONEL PLUMBING INC.** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 3517** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 23, 2008,** at **2:35 PM,** I served the above described documents upon **JONEL PLUMBING INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **RAVI DUTT / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **192 N. YORK ST., ELMHURST, IL 60126.**

**DESCRIPTION:**   Gender: **M**   Race: **ARAB**   Age: **56**   Hgt: **5'10"**   Wgt: **190**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*Craig Palmer* (signature)

Craig Palmer, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 24th day of June, 2008

*Joan C. Harenberg* (signature)

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
39361