IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | Judge Zagel |
| Plaintiffs, | ) | Case No. 08 C 3517 |
| v. | ) ) | |
| JONEL PLUMBING, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Ravi Dutt
Registered Agent
192 N. York Street
Elmhurst, IL 60126

Courtesy copy
John A. Newell
629 S. Parkside
Elmhurst, IL 60126

    PLEASE TAKE NOTICE that at **10:15 a.m. on August 26, 2008** or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge James B. Zagel, Room 2503, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiffs' Motion for Order of Default and to Compel an Audit**, a copy of which is herewith served upon you.

August 12, 2008

Laborers Pension Fund, et al.

By: /s/ Amy N. Carollo

Office of Fund Counsel
111 West Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

    The undersigned certifies that on this 12th day of August, 2008 she served this notice to the above addressee(s) via U.S. Mail.

                                                                        /s/ Amy N.Carollo